The People of the State of New York, 
against
Robert Williams, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Guy H. Mitchell, J.), rendered January 4, 2016, after a nonjury trial, convicting him of aggressive panhandling, and imposing sentence.




Per Curiam.
Judgment of conviction (Guy H. Mitchell, J.), rendered January 4, 2016, affirmed.
Defendant failed to preserve his present contention that the trial court acted as a prosecutor and deprived him of his constitutional right to a fair trial (see People v Kello, 96 NY2d 740 [2001]), and we decline to review it in the interest of justice. As an alternative holding, we reject this claim on the merits (see People v DeLeyden, 10 NY2d 293 [1961]; People v Cosme, 54 Misc 3d 145[A], 2017 NY Slip Op 50295[U] [App Term, 1st Dept 2017], lv denied 29 NY3d 1077 [2017]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: May 14, 2019